# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Ray Crowell,           ) | No. CV 97-00913 PHX NVW (LOA) |
| Petitioner,           ) | **ORDER** |
| v.           ) | |
| Joel Knowles, et al.,           ) | |
| Respondents.           ) | |

Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge Lawrence O. Anderson (doc. # 66) regarding petitioner's Amended Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (doc. # 9). The R&R recommends that the Amended Petition be denied. The magistrate judge advised the parties that they had ten days to file written objections. (R&R at 31 (citing 28 U.S.C. § 636(b)(1); Rules 72, 6(a), 6(e), Federal Rules of Civil Procedure)).

The parties did not file objections, which relieves the court of its obligation to review any of the magistrate judge's determinations in the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). The court has nonetheless reviewed the R&R and finds that it is well taken. The court will accept the R&R and deny the Amended Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court

1  "may accept, reject, or modify, in whole or in part, the findings or recommendations made
2  by the magistrate").

3  **IT IS THEREFORE ORDERED** that Report and Recommendation of Magistrate
4  Judge Anderson (doc. # 66) is accepted.

5  **IT IS FURTHER ORDERED** that Petitioner's Amended Petition for Writ of Habeas
6  Corpus filed pursuant to 28 U.S.C. § 2254 (doc. # 9) is denied and dismissed with prejudice.
7  The clerk is directed to enter judgment accordingly and terminate this case.

8  DATED this 14th day of December 2006.

_____
Neil V. Wake
United States District Judge